|     |     |
| --- | --- |
| 1   |     |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| GERALD RIGHETTI, | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff(s), | ) | No. C 03-0780 SBA (BZ) |
| | ) | |
| v. | ) | |
| | ) | **ORDER SCHEDULING TELEPHONIC** |
| CALIFORNIA DEPARTMENT OF | ) | **CONFERENCE** |
| CORRECTIONS SALINAS VALLEY | ) | |
| STATE PRISON, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

Judge Armstrong having referred this matter for further settlement, **IT IS HEREBY ORDERED** that a telephone conference to discuss the scheduling of a settlement conference is scheduled for **Wednesday, November 29, 2006 at 2:00 p.m.** Counsel for defendants shall get counsel for plaintiff on the line and contact chambers at **415-522-4093**. Only counsel need participate.

Dated: November 20, 2006

*Bernard Zimmerman*
Bernard Zimmerman
United States Magistrate Judge

G:/BZALL/-REFS/REFS.06/RICHETTI.TEL.CONF.ORDER.FURTHER.SETT.wpd