UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GERALD RIGHETTI, | ) | |
| | ) | |
| Plaintiff(s), | ) | No. C03-0780 SBA (BZ) |
| | ) | |
| v. | ) | **ORDER SCHEDULING** |
| | ) | **SETTLEMENT CONFERENCE** |
| CALIFORNIA DEPARTMENT OF | ) | |
| CORRECTIONS, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

    The above matter was referred to Magistrate Judge Bernard Zimmerman for the purpose of attempting to finalize the settlement reached at the earlier conference.

    You are hereby notified that a settlement conference is scheduled for **Tuesday, January 16, 2007, at 10:00 a.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

    Lead trial counsel shall appear at the Settlement Conference with the parties. Defendant shall arrange for plaintiff to attend the settlement conference in person. If any special Writ or Order is required to accomplish this, defendant

1

1  shall submit a proposed form by no later than **December 11, 2006**.
2     Defendant shall be represented by a person or persons **not**
3  **directly involved** in the events which gave rise to the
4  litigation but with **full** authority to negotiate a settlement.  A
5  person who needs to call another person not present before
6  accepting, rejecting or making any settlement offer does not
7  have full authority.  Personal attendance of those ordered to
8  appear will **NOT** be excused.
9     Each party shall prepare a Settlement Conference Statement,
10 which must be served on opposing counsel and lodged (not faxed)
11 with my chambers no later than seven calendar days prior to the
12 conference.  The Statement shall **not** be filed with the Clerk of
13 the Court.  The Statement **may** be submitted on CD-ROM with
14 hypertext links to exhibits.  Otherwise, the portion of exhibits
15 on which the party relies **shall** be highlighted.  The Settlement
16 Conference Statement shall not exceed ten pages of text and
17 twenty pages of exhibits and shall include an explanation of why
18 a settlement agreement has not been signed and a brief statement
19 of what each party believes are the obstacles to settlement.
20    The focus of this settlement conference will be to
21 determine why the settlement reached at the earlier conference
22 has not been consummated.  Each party is directed to submit
23 along with its Statement, a copy of the most current version of
24 the settlement agreement which it is prepared to sign.  The copy
25 of the settlement agreement shall also be submitted on a
26 diskette formatted in WordPerfect 6, 8, 9 or 10 or may be e-
27 mailed to the following address: **bzpo@cand.uscourts.gov**
28    Along with the Statement each party may lodge with the

court a document of no more than three pages containing a **candid** evaluation of that party's position and any other information that party wishes not to share with opposing counsel.  The more candid the parties are, the more productive the conference will be.  This document shall not be served on opposing counsel.

The parties shall notify Magistrate Judge Zimmerman's chambers immediately if this case settles prior to the date set for settlement conference.  Counsel shall provide a copy of this order to each party who will participate in the conference.

**IT IS SO ORDERED.**

Dated: November 30, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.06\RIGHETTI.SC.2.wpd