IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GERALD RIGHETTI,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS, et al.,<br><br>　　　　　　　　　　Defendants. | C03-00780 SBA<br><br>[PROPOSED] ORDER &<br>WRIT OF HABEAS CORPUS<br>AD TESTIFICANDUM TO<br>TRANSPORT PLAINTIFF<br><br><u>As to Gerald Righetti   K 29822</u> |

　　　Plaintiff, **GERALD RIGHETTI**, inmate CDCR # 29822, is a necessary and material witness in proceedings in this case on January 16, 2007, is confined at Salinas Valley State Prison, 31625 Highway 101, Soledad, California, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California on January 16, 2007 at 10:00 a.m.

　　　ACCORDINGLY IT IS HEREBY ORDERED that:

　　　1.　A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District

[Proposed] Order & Writ of Habeas Corpus ad Testificandum

Case No. C03-00780 SBA

1

1 Court at the time and place above, and from day to day until completion of court proceedings or
2 as ordered by the court; and thereafter to return the inmate to the above institution;
3     2. The custodian is ordered to notify the court of any change in custody of this inmate and
4 is ordered to provide the new custodian with a copy of this writ; and

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:** The Warden of Salinas Valley State Prison, 31625 Highway 101, Soledad, California:

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER,** you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED

Dated: 12/15/06

_Saundra B. Armstrong_
UNITED STATES DISTRICT JUDGE

[Proposed] Order & Writ of Habeas Corpus ad Testificandum

Case No. C03-00780 SBA