

**BILL LOCKYER**
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**

455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA 94102-7004

Public: (415) 703-5500
Telephone: (415) 703-5443
Facsimile: (415) 703-5843
E-Mail: Charles.Antonen@doj.ca.gov

December 21, 2006

RECEIVED
DEC 2 2 2006

The Honorable Bernard Zimmerman
United States Magistrate Judge
United States District Court, Northern District
Courtroom G, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

RE: *Righetti v. California Department of Corrections, et al.*
<u>United States District Court, Northern District of California, Case No. C03-00780 SBA</u>

Dear Judge Zimmerman:

      This office represents defendants California Department of Corrections & Rehabilitation (CDCR) - Salinas Valley State Prison, Warden Lamarque, Dr. Lee, Dr. Thor, Dr. Posner, Dr. Lucine, Dr. Lustman, and Correctional Officer Alexander in this matter. We respectfully request that the individual defendants be excused from personally attending the upcoming January 16, 2007 settlement conference or having to be on telephone standby.

      The reason for this request is that, generally, an individual prison official represented by the Office of the Attorney General does not participate in a settlement conference. This is because CDCR, not the individual defendant, possesses the authority to pay any settlement or carry out any other relief agreed to. Therefore, in lieu of the individual defendants, we are having a representative from CDCR's Office of Legal Affairs attend the conference. This representative will be authorized to settle the case on behalf of CDCR.

      Further, attending the conference poses an undue hardship on the individual defendants, who are prison and medical administrators, and physicians employed by CDCR. The presence of the individual defendants at their jobs is essential to the operations of the prison and to the delivery of medical services to inmates under their care. In addition, Ms. Alexander is a correctional officer whose duties at the prison involve maintaining the safety and security of the institution.

The Honorable Bernard Zimmerman
United States Magistrate Judge
December 21, 2006
Page 2

      This request has been communicated to plaintiff's counsel and no opposition has been made. Thank you for your consideration of this matter.

                                Sincerely,

                                CHARLES J. ANTONEN
                                Deputy Attorney General

                   For    BILL LOCKYER
                         Attorney General

cc:    Michael L. Farley, Esq.

                                                Dated: 12/27/2006