EDMUND G. BROWN JR.
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
JONATHAN L. WOLFF
Supervising Deputy Attorney General
CHARLES J. ANTONEN, State Bar No. 221207
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5443
  Fax: (415) 703-5843
  Email: Charles.Antonen@doj.ca.gov

Attorneys for Defendants
C. Lee, D. Thor, M. Posner, A. Lucine, A. Lamarque,
Salinas Valley State Prison, L. Lustman, and M. Alexander

E-Filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **GERALD RIGHETTI,**<br><br>                        Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,**<br><br>                        Defendants. | CASE NO. C03-00780 SBA<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF INDIVIDUAL DEFENDANTS**<br><br>Judge: The Honorable Saundra B. Armstrong |

THE PARTIES HEREBY VOLUNTARILY STIPULATE to the dismissal with prejudice of individual defendants C. Lee, D. Thor, M. Posner, A. Lucine, A. Lamarque, L. Lustman, and

////

////

---

Stipulation and Order Of Dismissal of Individual Defs.'      *Righetti v. California Department of Corrections, et al.*
                                                                                                      C03-00780 SBA

1  M. Alexander (aka Jane Doe Teller) from the above-captioned action pursuant to Rule 41(a) of
2  the Federal Rules of Civil Procedure, and each party to bear his own attorneys' fees and costs.

4  Dated: 1/16/07

*(signature)*
MICHAEL L. FARLEY, ESQ.
Farley Law Firm
Attorney for Plaintiff Gerald Righetti

7  Dated: 1/16/07

EDMUND G. BROWN JR.
Attorney General of the State of California

JAMES M. HUMES
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

JONATHAN L. WOLFF
Supervising Deputy Attorney General

*(signature)*
CHARLES J. ANTONEN
Deputy Attorney General
Attorneys for Defendants
C. Lee, D. Thor, M. Posner, A. Lucine, A. Lamarque, Salinas Valley State Prison, L. Lustman, and M. Alexander

IT IS SO ORDERED.

Dated: 16 Jan 07

*(signature)* for Sandra Armstrong
UNITED STATES DISTRICT JUDGE

Stipulation and Order Of Dismissal of Individual Defs.'   *Righetti v. California Department of Corrections, et al.*
C03-00780 SBA

2