1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  JONATHAN L. WOLFF
   Supervising Deputy Attorney General
5  CHARLES J. ANTONEN, State Bar No. 221207
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone: (415) 703-5443
     Fax: (415) 703-5843
8    Email: Charles.Antonen@doj.ca.gov

9  Attorneys for Defendants
   C. Lee, D. Thor, M. Posner, A. Lucine, A. Lamarque,
10 Salinas Valley State Prison, L. Lustman, and M.
   Alexander

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| GERALD RIGHETTI, | CASE NO. C03-00780 SBA |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF CALIFORNIA DEPARTMENT OF CORRECTIONS SALINAS VALLEY STATE PRISON |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |
|  | Judge: The Honorable Saundra B. Armstrong |

THE PARTIES HEREBY VOLUNTARILY STIPULATE to the dismissal with prejudice of the California Department of Corrections Salinas Valley State Prison from the above-

////

////

1  captioned action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and each party
2  to bear his own attorneys' fees and costs.

4  Dated: 1/16/07

MICHAEL L. FARLEY, ESQ.
Farley Law Firm
Attorney for Plaintiff Gerald Righetti

7  Dated: 1/16/07

EDMUND G. BROWN JR.
Attorney General of the State of California

JAMES M. HUMES
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

JONATHAN L. WOLFF
Supervising Deputy Attorney General

CHARLES J. ANTONEN
Deputy Attorney General
Attorneys for Defendants
C. Lee, D. Thor, M. Posner, A. Lucine, A. Lamarque, Salinas Valley State Prison, L. Lustman, and M. Alexander

IT IS SO ORDERED.

Dated: July 23, 2008

UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate
Nandor J. Vadas